# GARY A. FARRELL, ESQ.
ATTORNEY AT LAW

305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (212) 822-1434 • FAX: (212) 822-1472
garyfesq@aol.com

March 4, 2019

Hon. James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11242
*Via ECF*

RE: United States v. Lamont Brown
19-MJ-147

Dear Judge Orenstein:

I am writing on behalf of the above client and his two suretors, his mother Tracy Brown, and his aunt Yvonne McClellan. I have been advised that PTS is seeking a modification of the bond to include random drug testing, substance abuse evaluation and treatment as directed by PTS. I have advised my client and both suretors of this application. My client and his suretors agree to this modification.

Thank you in advance for your consideration.

Sincerely,

Gary Farrell

cc: AUSA Virginia Nguyen (via ECF)
   PTS Officer Ramel Moore (via email)